# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| Brandon Lovell Webster | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:20-CV-248 |
| Scott Anthony Collins | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Decedent/Plaintiff Brandon Lovell Webster and heirs.

Date: 12/15/20

*/s/ Ira Braswell IV*
*Attorney's signature*

Ira Braswell IV 41799
*Printed name and bar number*
102 W. Nash Street
PO Box 703
Louisburg, NC 27549

*Address*

ibraswelliv@gmail.com
*E-mail address*

(919) 623-5413
*Telephone number*

(980) 225-0132
*FAX number*