IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-CV-248-FL

| | |
|---|---|
| MARY TOWANDA WEBSTER-REED, individually, as heir to Brandon Lovell Webster and as representative of the Estate of Brandon Lovell Webster, deceased, ALDRIDGE REED, as representative of the Estate of Brandon Lovell Webster, K.W., a minor, by and through her Guardian Ad Litem, and B.W., JR, by and through his Guardian Ad Litem,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT ANTHONY COLLINS, Individually,<br><br>Defendant. | ORDER |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within 45 days hereof. **The parties are directed to file their Stipulation of Dismissal with Prejudice on or before May 29, 2022.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 14th day of April, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge