IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-cv-248-FL

| | |
|---|---|
| MARY TOWANDA WEBSTER-REED, *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )    **ORDER** |
| v. | ) |
| SCOTT ANTHONY COLLINS, | ) |
| *Defendant*. | ) |

This matter is before the Court on Plaintiffs' Consent Motion for Appointment of Guardians Ad Litem. Because it appears that B.W. and K.W. are minors who would be beneficiaries of a wrongful death settlement, attorneys Ryan Smithwick and Rick Parrotte are able and qualified to serve as guardians ad litem, and the appointment of guardians ad litem would be appropriate and in the best interests of the children, the motion is supported by good cause and is GRANTED.

It is ORDERED that Ryan Smithwick is hereby appointed as guardian ad litem for B.W, and Rick Parrotte is hereby appointed as guardian ad litem for K.W.

SO ORDERED, the 27th day of May, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge