IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-cv-248-FL

| | |
|---|---|
| MARY TOWANDA WEBSTER-REED, *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) **ORDER** |
| v. | ) |
| SCOTT ANTHONY COLLINS, | )<br>) |
| *Defendant*. | )<br>) |

This matter is before the Court on the Plaintiff's Consent Motion to Hold Motion for Settlement Approval in Abeyance for 30 Days. Because the motion is supported by good cause, it is hereby GRANTED.

The Court will hold in abeyance the Joint Motion for Settlement Approval for 30 days, until January 11, 2023. Plaintiffs shall submit a status report to the Court regarding the pending settlement on or before January 11, 2023.

SO ORDERED, this 13th day of December, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge