IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-cv-248-FL

MARY TOWANDA WEBSTER-REED, *et al.*,

    *Plaintiffs*,

v.

SCOTT ANTHONY COLLINS,

    *Defendant*.

**ORDER**

This matter is before the Court on Plaintiffs' Consent Motion for Appointment of Guardian Ad Litem for Z.L. Because it appears that Z.L. is a minor who would be a beneficiary of the wrongful death settlement, attorney Preston B. Hilton is able and qualified to serve as guardian ad litem, and the appointment of a guardian ad litem would be appropriate and in the best interests of Z.L., the motion is supported by good cause and is GRANTED.

It is ORDERED that Preston B. Hilton is hereby appointed as guardian ad litem for Z.L.

SO ORDERED, the 8th day of February, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge