IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-cv-00248-FL

MARY TOWANDA WEBSTER-REED, individually and as representative of the Estate of Brandon Lovell Webster, et al.,

    *Plaintiffs*,

v.

SCOTT ANTHONY COLLINS, *in his individual capacity*,

    *Defendant*.

**JOINT MOTION FOR APPROVAL
OF REVISED SETTLEMENT AGREEMENT**

Plaintiffs Mary Towanda Webster-Reed et al. and Defendant Scott Anthony Collins, pursuant to Local Civil Rule 17.1 and N.C. Gen. Stat. § 28A-13-3(a)(23), jointly move for the Court to approve the parties' settlement agreement, which is attached as Exhibit 1. Declarations in support of the settlement are attached as Exhibits 2-10. A proposed order, conforming to Local Civil Rule 17.1, is also attached to this motion. Plaintiffs have contemporaneously filed a brief in support of this motion.

The parties also request that the Court expedite consideration of this motion—and scheduling of a hearing, if deemed necessary—because distribution of the settlement funds for the minor beneficiaries is contingent on this Court's approval of the settlement, and because the structured annuities included in the proposed settlement structure are only guaranteed to be available if the funds are received by April 7, 2023.

Accordingly, the parties request that the Court approve their settlement as set forth in the proposed order.

- 1 -

Case 7:20-cv-00248-FL   Document 80   Filed 03/23/23   Page 1 of 2

Respectfully submitted, this the 23rd day of March, 2023.

PATTERSON HARKAVY LLP

/s/ Narendra K. Ghosh
Narendra K. Ghosh, NC Bar No. 37649
nghosh@pathlaw.com
Paul E. Smith, NC Bar No. 45014
psmith@pathlaw.com
Bradley J. Bannon, NC Bar No. 24106
bbannon@pathlaw.com
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
(919) 942-5200

/s/ Ira Braswell IV
Ira Braswell IV, NC Bar No. 41799
BRASWELL LAW, PLLC
P.O. Box 703 Louisburg, NC 27549
Telephone: (252) 458-2203
Facsimile: (980) 225-0132

*Counsel for Plaintiffs*


/s/ Bryan G. Nichols
Bryan G. Nichols, NC Bar No. 42008
bnichols@ncdoj.gov
Bettina J. Roberts, NC Bar No. 43356
bjroberts@ncdoj.gov
N.C. Department of Justice
Public Safety Section
Post Office Box 629
Raleigh, NC 27602
(919) 716-6568

*Counsel for Defendant*