IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-cv-248-FL

MARY TOWANDA WEBSTER-REED, individually and as representative of the Estate of Brandon Lovell Webster, et al.

    *Plaintiffs*,

  v.

SCOTT ANTHONY COLLINS, *in his individual capacity*,

    *Defendant*.

## EXHIBIT LIST

Exhibit 1 – Settlement Agreement and Release

Exhibit 2 – Declaration of Paul E. Smith

Exhibit 3 – Declaration of Narendra K. Ghosh

Exhibit 4 – Declaration of Bradley J. Bannon

Exhibit 5 – Declaration of Ira Braswell IV

Exhibit 6 – Declaration of Ryan Smithwick

Exhibit 7 – Declaration of Rick Parrotte

Exhibit 8 – Declaration of Preston Hilton

Exhibit 9 – Declaration of Carlos Mahoney

Exhibit 10 – Declaration of Matthew Ballew