# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:20-CV-248-FL

BRANDON LOVELL WEBSTER, )
MARY TOWANDA WEBSTER-REED, )
individually, as heir to BRANDON LOVELL )
WEBSTER, and as representative of the Estate ) **DECLARATION OF**
of Brandon Lovell Webster deceased; A.R., a ) **ATTORNEY'S FEES FOR**
minor, by and through his Guardian Ad Litem, ) **IRA BRASWELL IV**
K.W., a minor, by and through her )
Guardian Ad Litem, and B.W. Jr., by and )
through his Guardian Ad litem, )
)
    Plaintiffs, )
)
)
v. )
)
)
SCOTT ANTHONY COLLINS, )
Individually, and JOHN DOES 1-10, inclusive, )
)
    Defendants. )
_____ )

## DECLARATION OF IRA BRASWELL IV

I, IRA BRASWELL IV, under penalty of perjury, deposes and says::

    1.    I, Ira Braswell IV, have Owned/Managed BRASWELL LAW, PLLC since 2011. In this matter, I acted as sole counsel for the Plaintiffs from January 10, 2019 until May 24, 2021; on which date, attorneys Brad Bannon, Narendra Ghosh, and Paul Smith of Patterson & Harkavy entered their appearance as co-counsel on Plaintiffs' behalf. Presently, I am still acting as co-counsel for the Plaintiffs. I am submitting this declaration in support of the parties' motion for final approval of the settlement in the above-entitled matter against SCOTT ANTHONY COLLINS.

    2.    I am an attorney practicing law in North Carolina.

3. I am admitted to practice in the Eastern District of North Carolina and the Supreme Court of the United States. My practice focuses on violations of constitutional law, civil rights, police misconduct (Section 1983), and appellate litigation. I practice in state and federal courts in North Carolina, and regularly litigate cases in the Eastern District of North Carolina, including race and employment discrimination and 42 U.S.C. § 1983 cases.

4. Given the undesirability, contentiousness, legal complexity, and, amount of time dedicated to developing this case, I believe the 40% contingency fee earned by the attorneys for Patterson Harkavy LLP, Narendra Ghosh, Paul Smith, Brad Bannon, and attorney Ira Braswell IV of Braswell Law, PLLC is reasonable. Per the representation agreement signed by the Plaintiffs and the above-referenced counsel on Friday, May 21, 2021, Braswell Law, PLLC's portion of the contingency fee is 35% of the total fee.

5. I report that during my time as sole counsel for the Plaintiffs from January 10, 2019 until May 24, 2021, I developed all aspects of the litigation, including but not limited to attending meetings and conferences with the Plaintiffs, District Attorney and representatives from the Attorney General's office, investigating Plaintiffs' claims, collecting sworn videotaped statements from all witnesses, investigating Defendant, Scott Anthony Collins, filing the motion and request (State Court) for SBI investigative files, negotiating and drafting the consent protective order (SBI case investigative file) signed by Angel Gray (SBI Counsel) and Judge permitting the release of same, collecting and reviewing all of the SBI investigative and personnel files, conducting extensive legal research into 42 USC § 1983 claims involving traffic stops, police shootings, and qualified immunity, negotiating and developing the discovery plan, reviewing CV's and recommending the original mediator, conducting press conferences, composing media releases concerning Brandon Webster's death, giving radio & TV interviews, speaking with supporters attending "Justice for Brandon" rallies, assisting the Plaintiffs with media interviews, assisting Plaintiffs with establishing Brandon Webster's Estate, meeting with and recommending attorney Ryan Smithwick as the GAL, and writing and filing Mr. Webster's

original federal complaint. Additionally, during my time as co-counsel for Plaintiffs, I continued to regularly communicate with the Plaintiffs to maintain a positive attorney-client relationship. I coordinated and collaborated with co-counsel, prepared for, and attended depositions, and prepared for and attended mediations.

6. My firm's time includes travel to and from Raleigh, North Carolina/Louisburg, North Carolina approximately fifteen (15) times for meetings with Brandon Webster's family members and conferences with outside attorneys regarding this matter and government officials concerning the investigation of Brandon Webster's death.

7. Additionally, I report that during this litigation, counsel for Braswell Law, PLLC spent a significant amount of time drafting and filing pleadings and notices; and, drafting and mailing of various correspondence and emails to opposing counsel, co-counsel, civil rights organizations supporting Brandon Webster's family, and Plaintiff's family members.

8. I have reviewed the time records for my firm and the expenses associated with the prosecution of this matter.

9. The work was performed for the benefit of the clients and was necessary for the representation of the clients.

I declare under penalty of perjury under the laws of the State of North Carolina and the United States of America that the foregoing is true and correct to the best of my knowledge.

Ira Braswell IV
Attorney

Subscribed and Sworn to before me the 21st day of September, 2022 by the affiant who is personally known to me.

Notary Public for North Carolina
My Commission expires on: November 17, 2024

(seal)
L Chantel Cherry-Lassiter
Notary Public
Perquimans County, North Carolina
My Commission Expires
November 17, 2024

- 3 -