IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-cv-00248-FL

|  |  |
|---|---|
| MARY TOWANDA WEBSTER-REED, *et al.*, | ) ) ) ) |
| *Plaintiffs*, | ) |
| v. | ) |
| SCOTT ANTHONY COLLINS, | ) ) |
| *Defendant*. | ) ) ) |

**ORDER**

This matter comes before the Court on Plaintiffs' Motion to Seal Unredacted Trust Agreement for Z.L. The Court finds the motion is supported by good cause.

As part of the parties' settlement, which has been submitted for the Court's approval, Z.L. has filed a motion to create a trust, which will receive portions of the settlement funds to be used for his benefit.

The unredacted version of the Trust Agreement—both that filed by the Plaintiffs and that executed by the Court—should be sealed because it contains the minor's full name. The public disclosure of the minor's full name is particularly inappropriate here because the minor is receiving significant sums of money under the parties' settlement and his financial information should not be made public.

The privacy interests of the minor are sufficient to overcome the common law and First Amendment rights of access. *See Mears v. Atl. Se. Airlines, Inc.*, No. 5:12-cv-613-F, 2014 WL 5018907, at *3-*4 (E.D.N.C. Oct. 7, 2014); *Sahoo v. Gleaton*, No. 5:16-cv-153-F, 2017 WL 353971, at *2 (E.D.N.C. Jan. 24, 2017).

1

It is therefore ORDERED that the unredacted version of the Trust Agreement for Z.L., both that filed by the Plaintiffs and that executed by the Court, shall be placed and maintained under seal.

This the 19th day of April, 2023.

*(signature)*
LOUISE W. FLANAGAN
United States District Judge